**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LILJA JR., JOHN E   § Case No. 14-80957-TML
                           §
                           §
                           §
Debtor(s)                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $112,725.00            Assets Exempt: $42,725.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,296.66    Claims Discharged
                                               Without Payment: $110,596.48

Total Expenses of Administration: $8,703.34

3) Total gross receipts of $ 29,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $29,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $85,000.00 | $36,953.30 | $18,759.95 | $18,759.95 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,706.34 | 8,703.34 | 8,703.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,278.01 | 106,854.19 | 106,854.19 | 1,536.71 |
| **TOTAL DISBURSEMENTS** | $95,278.01 | $156,513.83 | $134,317.48 | $29,000.00 |

4) This case was originally filed under Chapter 7 on March 26, 2014. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2015          By: /s/STEPHEN G. BALSLEY
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1313605 Laube Rd. Durand, IL | 1110-000 | 29,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Kent Bank | 4110-000 | 17,000.00 | 18,193.35 | 0.00 | 0.00 |
| NOTFILED | Kent Bank | 4110-000 | 68,000.00 | N/A | N/A | 0.00 |
| | Title Underwriters Agency | 4700-000 | N/A | 18,759.95 | 18,759.95 | 18,759.95 |
| **TOTAL SECURED CLAIMS** | | | **$85,000.00** | **$36,953.30** | **$18,759.95** | **$18,759.95** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,650.00 | 3,650.00 | 3,650.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,003.00 | 4,000.00 | 4,000.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 110.00 | 110.00 | 110.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Title Underwriters Agency | 2500-000 | N/A | 500.50 | 500.50 | 500.50 |
| Title Underwriters Agency | 2500-000 | N/A | 186.50 | 186.50 | 186.50 |
| Title Underwriters Agency | 2500-000 | N/A | 99.45 | 99.45 | 99.45 |
| Title Underwriters Agency | 2500-000 | N/A | 146.89 | 146.89 | 146.89 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$12,706.34** | **$8,703.34** | **$8,703.34** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 1,500.00 | 388.21 | 388.21 | 5.58 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,278.01 | 3,136.20 | 3,136.20 | 45.10 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 321.70 | 321.70 | 4.63 |
| 5 | Kent Bank | 7100-000 | N/A | 16,951.59 | 16,951.59 | 243.79 |
| 6 | Kent Bank | 7100-000 | N/A | 48,970.97 | 48,970.97 | 704.27 |
| 7 | Kent Bank | 7100-000 | N/A | 36,037.63 | 36,037.63 | 518.27 |
| 8 | Capital Recovery V, LLC | 7100-000 | 1,221.00 | 1,047.89 | 1,047.89 | 15.07 |
| NOTFILED | Chase Card Service | 7100-000 | 5,279.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$10,278.01** | **$106,854.19** | **$106,854.19** | **$1,536.71** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80957-TML  
**Case Name:** LILJA JR., JOHN E  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/26/14 (f)  
**§341(a) Meeting Date:** 05/05/14  

**Period Ending:** 04/23/15  
**Claims Bar Date:** 08/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1855 Dorchester Ct., Davis, IL | 70,000.00 | 2,000.00 | | 0.00 | FA |
| 2 | 1313605 Laube Rd. Durand, IL<br>See Order to Sell Real Estate entered 9/22/14. | 25,000.00 | 8,000.00 | | 29,000.00 | FA |
| 3 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account with Durand State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Kent Bank business account | 125.00 | 0.00 | | 0.00 | FA |
| 6 | necessary household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Employer Provided term policy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 K plan | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | Laborers Pension Fund | 35,000.00 | 0.00 | | 0.00 | FA |
| 11 | Lilja Forestry & Trees, Inc. 100 common stock ZE | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$137,725.00** | **$10,000.00** | | **$29,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   November 6, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-80957-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | LILJA JR., JOHN E | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***0796 | | Blanket Bond: | $598,000.00 (per case limit) |
| Period Ending: | 04/23/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/21/14 | | Title Underwriters Agency | Proceeds from Sale of Real Estate | | 9,306.71 | | 9,306.71 |
| | {2} | | Sale Price                 29,000.00 | 1110-000 | | | 9,306.71 |
| | | | Settlement fee (title       -500.50 charges) - title company | 2500-000 | | | 9,306.71 |
| | | | City/County/State           -186.50 Stamps; Recordation Fee | 2500-000 | | | 9,306.71 |
| | | | 2013 Real Estate Taxes       -99.45 | 2500-000 | | | 9,306.71 |
| | | | 2014 Real Estate Taxes      -146.89 | 2500-000 | | | 9,306.71 |
| | | | Payoff Mortgage Loan     -18,759.95 | 4700-000 | | | 9,306.71 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,296.71 |
| 01/22/15 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,650.00, Trustee Compensation; Reference: | 2100-000 | | 3,650.00 | 5,646.71 |
| 01/22/15 | 102 | Capital Recovery V, LLC | Dividend paid 1.43% on $1,047.89; Claim# 8; Filed: $1,047.89; Reference: | 7100-000 | | 15.07 | 5,631.64 |
| 01/22/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 4,110.00 | 1,521.64 |
| | | | Dividend paid 100.00%       110.00 on $110.00; Claim# ; Filed: $110.00 | 3120-000 | | | 1,521.64 |
| | | | Dividend paid 100.00%     4,000.00 on $4,000.00; Claim# ; Filed: $8,003.00 | 3110-000 | | | 1,521.64 |
| 01/22/15 | 104 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2,3 | | | 55.31 | 1,466.33 |
| | | | Dividend paid 1.43% on        5.58 $388.21; Claim# 1; Filed: $388.21 | 7100-000 | | | 1,466.33 |
| | | | Dividend paid 1.43% on       45.10 $3,136.20; Claim# 2; Filed: $3,136.20 | 7100-000 | | | 1,466.33 |
| | | | Dividend paid 1.43% on        4.63 $321.70; Claim# 3; Filed: $321.70 | 7100-000 | | | 1,466.33 |
| 01/22/15 | 105 | Kent Bank | Combined Check for Claims#5,6,7 | | | 1,466.33 | 0.00 |
| | | | Dividend paid 1.43% on      243.79 $16,951.59; Claim# 5; Filed: $16,951.59 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.43% on      704.27 $48,970.97; Claim# 6; | 7100-000 | | | 0.00 |

Subtotals :       $9,306.71       $9,306.71

{} Asset reference(s)                                    Printed: 04/23/2015 04:00 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-80957-TML  
**Case Name:** LILJA JR., JOHN E  

**Taxpayer ID #:** **-***0796  
**Period Ending:** 04/23/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $48,970.97 | | | | |
| | | | Dividend paid  1.43% on  518.27<br>$36,037.63;  Claim# 7;<br>Filed: $36,037.63 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,306.71 | 9,306.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,306.71 | 9,306.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,306.71** | **$9,306.71** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0966** | 9,306.71 | 9,306.71 | 0.00 |
| | **$9,306.71** | **$9,306.71** | **$0.00** |